394

No. 12–0555/NA. U.S. v. Heather D. Lubich. CCA 201100378. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY OVERRULING DEFENSE COUNSEL'S FOUNDATION AND AUTHENTICATION OBJECTIONS AND ADMITTING COMPUTERIZED DATA EVIDENCE GATHERED BY AN UNNAMED NAVY–MARINE CORPS INTRANET (NMCI) ANALYST WHO USED AN UNIDENTIFIED PROCESS WITH UNKNOWN RELIABILITY TO COLLECT DATA RELATED TO APPELLANT'S NETWORK USER ACTIVITY.

Briefs will be filed under Rule 25.